UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALVATORE CARFAGNA *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN CREDIT MANAGEMENT CORPORATION, <br><br> Defendant. | Civil Action No.: 21- 02710 (JXN)(JRA) <br><br> **ORDER** |

**NEALS**, District Judge

    **THIS MATTER** is being raised by the Court, *sua sponte*, by Order entered on June 30, 2023, directing the parties to submit supplemental briefing analyzing whether Plaintiff Salvatore Carfagna ("Plaintiff") has established Article III standing. (ECF No. 24.) The parties submitted supplemental briefing. (ECF Nos. 25-27.) The Court, having carefully considered the parties' submissions, decides this matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the accompanying Opinion,

    **IT IS** on this 4th day of December 2025,

    **ORDERED** that Plaintiff lacks Article III standing to pursue his claims in federal court; it is further

    **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** *without prejudice*; and it is further

    **ORDERED** that the Clerk of Court shall **CLOSE** this case.

                                                                                    HONORABLE JULIEN XAVIER NEALS
                                                                                  United States District Judge